UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>v.<br><br>GREGORY ERRIGO,<br>      Defendant.<br>_____/ | Case No. 08-12506<br><br>George Caram Steeh<br>United States District Judge<br><br>Curtis Ivy, Jr.<br>United States Magistrate Judge |

### ORDER CONTINUING STAY OF PROCEEDINGS

The Court entered the parties' joint stipulation to stay the case on June 20, 2024. The parties reached a tentative agreement by which Defendant would fully satisfy the judgment. (ECF No. 83). The parties submitted a joint status report on September 19, 2024, informing the Court that the parties agreed on resolving the collection of the judgment if certain proceeds are received by the United States on or before October 17, 2024. (ECF No. 86). If that occurs, the United States will file a satisfaction of judgment no later than 30 days following receipt of the payment. The parties requested that the Court continue the stay of proceedings to allow the parties time to facilitate the terms of the resolution. The request is **GRANTED**. The stay of proceedings will continue until further order of the Court. The Court will also **TERMINATE AS MOOT** the United States' motion to compel (ECF No. 74). The United States may refile that motion if the need arises.

The Court will schedule a status conference to occur on December 2, 2024, regarding the status of the proposed resolution if by that date the settlement terms have not been fully executed.

**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d).  A party may not assign as error any defect in this Order to which timely objection was not made.  Fed. R. Civ. P. 72(a).  Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection.  When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge.  E.D. Mich. Local Rule 72.2.

Date: September 25, 2024                    s/Curtis Ivy, Jr.
                                            Curtis Ivy, Jr.
                                            United States Magistrate Judge